**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Bison Advisors LLC, a Minnesota limited liability company, Ephraim Gildor, and Argos Capital Management Inc.,

Plaintiffs,

v.

Irvin Kessler, Peter Goddard, and Walleye Trading Advisors LLC, a Minnesota limited liability company,

Defendants.

Court File No. 16-cv-01219 (DSD-SER)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on the 27th day of May, 2016, I caused the following document to be served:

Plaintiffs' Notice of Voluntary Dismissal Without Prejudice

By sending via United States and electronic mail a true and correct copy along with the ECF Notice to the following attorneys of record:

William Z. Pentelovitch bill.pentelovitch@maslon.com
Wayne S. Moskowitz wayne.moskowitz@maslon.com
Haley Schaffer haley.schaffer@maslon.com
Maslon LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

**FOX ROTHSCHILD LLP**

Date: May 27, 2016

By: s/Jeffrey J. Bouslog
Jeffrey J. Bouslog (#174671)
Kathy S. Kimmel (#268823)
222 South Ninth Street
Campbell Mithun Tower – Suite 2000
Minneapolis, MN 55402-3338
Telephone: (612) 607-7000
Email: jbouslog@foxrothschild.com
kkimmel@foxrothschild.com

and

Gerald D. Hosier*
LAW OFFICES OF GERALD D. HOSIER LTD.
2020 Red Mountain Road
Aspen, CO 81611
Telephone: (970) 948-8823
Email: wizard@ozpd.com

*Motion for admission pro hac vice to be submitted

**ATTORNEYS FOR PLAINTIFFS**